Certificate Number: 16339-PAE-DE-036136359

Bankruptcy Case Number: 21-12934



16339-PAE-DE-036136359

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 13, 2021</u>, at <u>11:49</u> o'clock <u>AM EST</u>, <u>Damita R Smith</u> completed a course on personal financial management given <u>by internet</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>November 13, 2021</u>    By:  <u>/s/Kelley Tipton</u>

    Name:  <u>Kelley Tipton</u>

    Title:  <u>Certified Financial Counselor</u>