United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-12934-elf |
| Damita Regina Smith | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Apr 27, 2022 | Form ID: 155 | Total Noticed: 47 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Damita Regina Smith, 4622 North Camac Street, Philadelphia, PA 19140-1232 |
| 14648539 | + | PENNYMAC LOAN SERVICES, LLC, c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14648436 | + | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14646381 | + | Philadelphia Federal Credit Union, Attn: Bankruptcy, 12800 Townsend Road, Philadelphia, PA 19154-1095 |
| 14659447 | + | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41031, Norfolk VA 23541-1031 |
| 14646388 | + | Synovusbk/thdloansrvcs, 1797 Ne Expressway, Atlanta, GA 30329-7803 |
| 14651718 | + | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 790234, St.Louis MO 63179-0234 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14655415 | | Email/Text: megan.harper@phila.gov | Apr 28 2022 00:24:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14646368 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 28 2022 00:23:06 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14646369 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 28 2022 00:23:01 | Capital One / Bergdo, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14654529 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 28 2022 00:23:02 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14646370 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 28 2022 00:23:01 | Capital One/Neiman Marcus/Bergdorf Goodm, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14646371 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 28 2022 00:22:55 | Capital One/SaksFirst, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14646372 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 28 2022 00:33:32 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14646373 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 28 2022 00:23:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14646374 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 28 2022 00:33:59 | Dsnb Bloomingdales, Attn: Recovery 'Bk', Po Box 9111, Mason, OH 45040 |
| 14646375 | + | Email/Text: bncnotifications@pheaa.org | Apr 28 2022 00:23:00 | Fedloan, Attn: Bankruptcy, Po Box 60610, Harrisburg, PA 17106-0610 |
| 14646376 | + | Email/Text: bankruptcy@firstelectronic.com | Apr 28 2022 00:24:00 | First Electronic Bank, Attn: Bankruptcy, Po Box 521271, Salt Lake City, UT 84152-1271 |
| 14655989 | + | Email/Text: bankruptcy@greenskycredit.com | Apr 28 2022 00:23:00 | Greensky,LLC, 1797 North East Expressway Ste. 100, Atlanta, GA 30329-2451 |
| 14675128 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | | |

Case 21-12934-elf   Doc 27   Filed 04/29/22   Entered 04/30/22 00:33:05   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 27, 2022 | Form ID: 155 | Total Noticed: 47 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Apr 28 2022 00:23:00 | Internal Revenue Service, P O BOX 7346, Philadelphia PA 19101-7346 |
| 14658723 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 28 2022 00:24:00 | Jefferson Capital Systems LLC, PO Box 7999, St Cloud MN 56302-9617 |
| 14659026 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 28 2022 00:24:00 | Jefferson Capital Systems, LLC, PO Box 772813, Chicago IL 60677-2813 |
| 14657442 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 28 2022 00:23:02 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14651236 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 28 2022 00:22:56 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14646377 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 28 2022 00:22:56 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14646378 | + | Email/Text: bnc@nordstrom.com | Apr 28 2022 00:23:07 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 14646379 | + | Email/PDF: cbp@onemainfinancial.com | Apr 28 2022 00:23:03 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 14660206 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 28 2022 00:22:57 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 14659738 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 28 2022 00:22:56 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14646380 | + | Email/PDF: ebnotices@pnmac.com | Apr 28 2022 00:33:59 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 14654778 | + | Email/PDF: ebnotices@pnmac.com | Apr 28 2022 00:33:59 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14658146 | | Email/Text: bnc-quantum@quantum3group.com | Apr 28 2022 00:23:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14654430 | | Email/Text: bnc-quantum@quantum3group.com | Apr 28 2022 00:23:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14658169 | | Email/Text: bnc-quantum@quantum3group.com | Apr 28 2022 00:23:00 | Quantum3 Group,LLC, PO Box 2489, Kirkland WA 98083-2489 |
| 14647233 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 28 2022 00:23:01 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14646848 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 28 2022 00:22:56 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14646383 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 28 2022 00:23:06 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14646384 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 28 2022 00:23:02 | Synchrony Bank/Banana Republic, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14646386 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 28 2022 00:23:06 | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14646385 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 28 2022 00:22:56 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14646387 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 28 2022 00:23:06 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14646389 | + | Email/Text: bncmail@w-legal.com | Apr 28 2022 00:23:00 | Target, c/o Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 14646390 | + | Email/Text: documentfiling@lciinc.com | Apr 28 2022 00:23:00 | Telecom Self-reported, Po Box 4500, Allen, TX 75013-1311 |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 27, 2022 | Form ID: 155 | Total Noticed: 47 |

| 14651496 | Email/Text: bncnotifications@pheaa.org | Apr 28 2022 00:23:00 | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 14658144 | + Email/PDF: ebn_ais@aisinfo.com | Apr 28 2022 00:23:06 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14646391 | + Email/Text: wfmelectronicbankrupcynotifications@verizonwireless.com | Apr 28 2022 00:23:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 14658168 | Email/PDF: ebn_ais@aisinfo.com | Apr 28 2022 00:23:02 | Verizon, by American InfoSource as agent, PO Box 4457, Houston TX 77210-4457 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14659448 | * | Jefferson Capital Systems LLC, PO Box 772813, Chicago IL 60677-2813 |
| 14646382 | *+ | Philadelphia Federal Credit Union, Attn: Bankruptcy, 12800 Townsend Road, Philadelphia, PA 19154-1095 |
| 14658674 | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14659027 | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC,, PO Box 41021, Norfolk VA 23541-1021 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 29, 2022          Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | on behalf of Debtor Damita Regina Smith dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Damita Regina Smith
     Debtor(s)

Chapter: 13

Bankruptcy No: 21−12934−elf

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this April 26, 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                      Eric L. Frank
                      Judge ,
                      United States Bankruptcy Court

                              25 − 10
                             Form 155