United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Damita Regina Smith  
    Debtor

Case No. 21-12934-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 4  
Date Rcvd: Aug 21, 2024     Form ID: 138OBJ     Total Noticed: 53

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Damita Regina Smith, 4622 North Camac Street, Philadelphia, PA 19140-1232 |
| 14646375 | + | Fedloan, Attn: Bankruptcy, Po Box 60610, Harrisburg, PA 17106-0610 |
| 14648539 | + | PENNYMAC LOAN SERVICES, LLC, c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14651496 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 14651718 | + | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 790234, St.Louis MO 63179-0234 |
| 14756892 | + | US Dept. of Education, PO BOX 4830, Portland OR 97208-4830 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 22 2024 00:26:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 22 2024 00:26:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14655415 | | Email/Text: megan.harper@phila.gov | Aug 22 2024 00:26:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14646368 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 22 2024 00:44:27 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14646369 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 22 2024 01:00:24 | Capital One / Bergdo, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14654529 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 22 2024 00:29:03 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14646370 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 22 2024 00:28:09 | Capital One/Neiman Marcus/Bergdorf Goodm, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14646371 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 22 2024 00:45:14 | Capital One/SaksFirst, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14646372 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 22 2024 00:45:20 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14646373 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 22 2024 00:26:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14646374 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 22 2024 00:28:15 | Dsnb Bloomingdales, Attn: Recovery 'Bk', Po Box 9111, Mason, OH 45040 |

| Recipient ID | Code | Delivery Method | Delivery Time | Name and Address |
|---|---|---|---|---|
| 14646376 | + | Email/Text: bankruptcy@firstelectronic.com | Aug 22 2024 00:26:00 | First Electronic Bank, Attn: Bankruptcy, Po Box 521271, Salt Lake City, UT 84152-1271 |
| 14655989 | + | Email/Text: bankruptcy@greenskycredit.com | Aug 22 2024 00:26:00 | Greensky,LLC, 1797 North East Expressway Ste. 100, Atlanta, GA 30329-2451 |
| 14675128 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 22 2024 00:26:00 | Internal Revenue Service, P O BOX7346, Philadelphia PA 19101-7346 |
| 14658723 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 22 2024 00:26:00 | Jefferson Capital Systems LLC, PO Box 7999, St Cloud MN 56302-9617 |
| 14659026 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 22 2024 00:26:00 | Jefferson Capital Systems, LLC, PO Box 772813, Chicago IL 60677-2813 |
| 14657442 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 22 2024 00:28:10 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14651236 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 22 2024 00:27:28 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14646377 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 22 2024 00:43:37 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14646378 | + | Email/Text: bnc@nordstrom.com | Aug 22 2024 00:26:34 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 14646379 | + | Email/PDF: cbp@omf.com | Aug 22 2024 00:44:19 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 14648436 | ^ | MEBN | Aug 22 2024 00:12:33 | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14646381 | | Email/Text: CollectionsDept@PFCU.COM | Aug 22 2024 00:26:00 | Philadelphia Federal Credit Union, Attn: Bankruptcy, 12800 Townsend Road, Philadelphia, PA 19154 |
| 14660206 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 22 2024 00:28:10 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 14659738 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 22 2024 00:27:28 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14646380 | + | Email/PDF: ebnotices@pnmac.com | Aug 22 2024 00:27:28 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 14654778 | + | Email/PDF: ebnotices@pnmac.com | Aug 22 2024 00:45:39 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14658146 | | Email/Text: bnc-quantum@quantum3group.com | Aug 22 2024 00:26:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14654430 | | Email/Text: bnc-quantum@quantum3group.com | Aug 22 2024 00:26:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14658169 | | Email/Text: bnc-quantum@quantum3group.com | Aug 22 2024 00:26:00 | Quantum3 Group,LLC, PO Box 2489, Kirkland WA 98083-2489 |
| 14647233 | ^ | MEBN | Aug 22 2024 00:12:45 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14659447 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 22 2024 00:28:59 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41031, Norfolk VA 23541-1031 |
| 14646848 | ^ | MEBN | Aug 22 2024 00:12:44 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14794661 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 22 2024 00:27:28 | Synchrony Bank by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK |

| Recip ID | Bypass/Type | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14794662 | | Email/PDF: ebn_ais@aisinfo.com | Aug 22 2024 00:27:30 | 73118-7901<br>Synchrony Bank by AIS InfoSource, LP as agent, Dept 888 PO BOX 4457, Houston TX 77210-4457 |
| 14646383 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 22 2024 00:43:44 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14646384 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 22 2024 00:29:11 | Synchrony Bank/Banana Republic, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14646386 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 22 2024 00:27:33 | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14646385 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 22 2024 00:29:07 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14646387 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 22 2024 00:28:13 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14646388 | ^ | MEBN | Aug 22 2024 00:12:42 | Synovusbk/thdloansrvcs, 1797 Ne Expressway, Atlanta, GA 30329-7803 |
| 14646389 | + | Email/Text: bncmail@w-legal.com | Aug 22 2024 00:26:00 | Target, c/o Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 14646390 | ^ | MEBN | Aug 22 2024 00:12:40 | Telecom Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 14756554 | + | Email/Text: EBN@edfinancial.com | Aug 22 2024 00:26:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 14658144 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 22 2024 00:28:10 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14646391 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Aug 22 2024 00:26:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 14658168 | | Email/PDF: ebn_ais@aisinfo.com | Aug 22 2024 00:42:28 | Verizon, by American InfoSource as agent, PO Box 4457, Houston TX 77210-4457 |

TOTAL: 47

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14659448 | * | Jefferson Capital Systems LLC, PO Box 772813, Chicago IL 60677-2813 |
| 14646382 | *P++ | PHILADELPHIA FEDERAL CREDIT UNION, ATTN BONNIE, 12800 TOWNSEND RD, PHILADELPHIA PA 19154-1095, address filed with court:, Philadelphia Federal Credit Union, Attn: Bankruptcy, 12800 Townsend Road, Philadelphia, PA 19154 |
| 14658674 | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14659027 | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC,, PO Box 41021, Norfolk VA 23541-1021 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0313-2 | User: admin | Page 4 of 4
Date Rcvd: Aug 21, 2024 | Form ID: 138OBJ | Total Noticed: 53

Date: Aug 23, 2024           Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | on behalf of Debtor Damita Regina Smith dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*Form 138OBJ* (6/24)−doc 41 − 35

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
    Damita Regina Smith )    Case No. 21−12934−pmm
 )
 )
    Debtor(s). )    Chapter: 13
 )
 )

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: August 21, 2024     For The Court

    Timothy B. McGrath
    Clerk of Court